UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-80100-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

                vs.

ANTON PECK.
        Defendant.
_____/


### DEFENDANT PECK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The Defendant, ANTON PECK, through undersigned appointed counsel, pursuant to Rules 12 and 32, Fed.R.Crim.P., the Fifth and Sixth Amendments to the United States Constitution, and without objection by the government, respectfully files this Unopposed Motion for Extension of Time to File Objections to the Presentence Investigation Report ("PSR"), and as grounds therefore, says:

The objections to the PSR are presently due to be filed by October 31, 2022 (within 14 days of the receipt of the PSR, filed October 17, 2022). On October 18, 2022, counsel personally went to the Post Office and mailed the PSR to the incarcerated Defendant, however, during his visit with Defendant at FDC on October 26, 2022, the mail and enclosed PSR had not yet to be delivered to him. Although counsel and Defendant spent over two hours reviewing and discussing counsel's copy

of the PSR and the anticipated objections, Defendant still needs to review the PSR more thoroughly before formal objections can be filed. Counsel anticipates visiting with Defendant again on Wednesday, November 2, 2022, to finalize any objections/corrections to be filed. The defense is only seeking a brief extension of four business days, until November 4, 2022, within which time to file his objections.

Undersigned counsel has discussed this matter with AUSA Daniel Funk, who has no objection to the relief herein sought.

WHEREFORE, based on the above and foregoing, the defense is seeking an extension of time to and including November 4, 2022, within which to file his objections to the PSR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notices Of Electronic Filing generated by CM/ECF.

   /s/ Michael G. Smith, Esq.   
MICHAEL G. SMITH, ESQ.
SmithLawDefend@aol.com
FBN 265802
1824 Southeast 4th Avenue
Fort Lauderdale, FL 33301
(954) 303-7843