**DEFENDANT DECLARED INDIGENT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80100-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

vs.

ANTON PECK.
_____/

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that ANTON PECK, Defendant above-named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment In A Criminal Case and sentence (DE:46), entered in this action on December 1, 2022.

   */s/ Michael G. Smith, Esq.*
MICHAEL G. SMITH, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that it is being served this day on all counsel of record via transmission of Notices Of Electronic Filing generated by CM/ECF.

   */s/ Michael G. Smith, Esq.*
MICHAEL G. SMITH, ESQ.
SmithLawDefend@aol.com
1824 Southeast 4th Avenue
Fort Lauderdale, FL 33316
(954) 303-7843
Florida Bar No. 265802