**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☒ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided **only if specifically authorized** in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Michael G. Smith, Esquire

Address: 1824 Southeast Fourth Avenue, Fort Lauderdale, FL 33316

E-mail: smithlawdefend@aol.com     Phone No.: (954) 303-7843

I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.

Date: 12/27/2022     Signature: /s/ Michael G. Smith, Esquire     Attorney for: Appellant, Anton Peck

**PART II.     Court Reporter Acknowledgment**

Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.

Date Transcript Order received: 1/6/2023

☒ Satisfactory arrangements for paying the cost of the transcript were made on: 1/6/2023

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: 1

Estimated no. of transcript pages: 50

Estimated filing date: 2/6/2023

Date: 1/6/2023   Signature: Pauline A. Pyper   Phone No.: 561-863-3434

**PART III.     Notification That Transcript Has Been Filed In District Court**

On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.

I certify that the transcript has been completed and filed with the district court on (date): 1/30/2023

Date: 1/30/2023   Signature: Pauline A. Pyper